UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60045-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              **O R D E R**

DEZMAN ZAMA,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 280) filed herein by United States Magistrate Judge Patrick M. Hunt, and Defendant's Motion To Strike Filing (DE 284). No objections to said Report have been filed. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

By his Report And Recommendation (DE 280), Magistrate Judge Hunt recommends that the Court dismiss Defendant's Letter/Pro Se Motion To Correct Sentence Upon Three Point Deduction Given Premature Case Dismissed (DE 273) for lack of jurisdiction to consider the same. Subsequent to Magistrate Judge Hunt's Report And Recommendation, Defendant Zama filed an additional Motion For Prospective Reduction In Sentence (DE 281), but he also filed a Motion To Strike Filing (DE 284) in which he states that he longer wishes to pursue that Motion after he received the Government's Response. The Court adopts Magistrate Judge Hunt's reasoning and conclusions.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Report And Recommendation (DE 280) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby

approved, adopted, and ratified by the Court;

    2. Defendant's Letter/Pro Se Motion To Correct Sentence Upon Three Point Deduction Given Premature Case Dismissed (DE 273) be and the same is hereby **DISMISSED** for lack of jurisdiction to consider the same; and

    3. Defendant Zama's Motion To Strike Filing (DE 284) be and the same is hereby **GRANTED** in that Defendant Zama's Motion For Prospective Reduction In Sentence (DE 281) be and the same is hereby **STRICKEN.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   13th   day of November, 2018.

                                      WILLIAM J. ZLOCH
                                      Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record

Dezman D. Zama
07643-104
Butner Medium II
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1500
Butner, NC 27509

2